1 | David M. Barkan (SBN 160825)
barkan@fr.com
2 | Michael Sobolev (SBN 285184)
sobolev@fr.com
3 | FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
4 | Redwood City, CA 94063
Tel: (650) 839-5070 ** Fax: (650) 839-5071
5
Christopher S. Marchese (SBN 170239)
6 | marchese@fr.com
FISH & RICHARDSON P.C.
7 | 12390 El Camino Real
San Diego, CA 92130
8 | Tel: (858) 678-5070 ** Fax; (858) 678-5099

9 | James Huguenin-Love (SBN 301297)
huguenin-love@fr.com
10 | FISH & RICHARDSON P.C.
3200 RBC Plaza
11 | 60 South 6th Street
Minneapolis, MN 55402
12 | Tel: (612) 335-5070 ** Fax: (612) 288-9696

13 | Attorneys for Plaintiffs MAXIM
INTEGRATED PRODUCTS, INC.
14 | and VOLTERRA SEMICONDUCTOR LLC

David A. Jakopin (SBN 209950)
David.jakopin@pillsburylaw.com
Dianne L. Sweeney (SBN 187198)
Dianne@pillsburylaw.com
Bob Kim (SBN 313260)
Bob.Kim@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendants SILICON MITUS,
INC. and SILICON MITUS
TECHNOLOGY, INC

15              UNITED STATES DISTRICT COURT

16              NORTHERN DISTRICT OF CALIFORNIA

17                    (SAN JOSE DIVISION)

| | |
|---|---|
| 18  MAXIM INTEGRATED PRODUCTS, INC., and VOLTERRA SEMICONDUCTOR LLC, | Case No. 5:17-cv-3507-NC |
| 19                Plaintiffs, | **STIPULATION AND PROPOSED ORDER ALLOWING SERVICE OF AMENDED PATENT LOCAL RULE 3-1 INFRINGEMENT CONTENTIONS** |
| 20  v. | |
| 21  SILICON MITUS TECHNOLOGY, INC., and SILICON MITUS, INC. | |
| 22                Defendants. | |

25      IT IS HEREBY STIPULATED, by and between Plaintiffs Maxim Integrated Products, Inc.

26  and Volterra Semiconductor LLC (collectively, "Maxim"), and Defendants Silicon Mitus, Inc. and

27  Silicon Mitus Technology, Inc. (collectively, "Silicon Mitus"), that Maxim may serve amended

28

1  Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement Contentions upon Silicon Mitus.
2  The proposed Amended Contentions were provided to counsel for Silicon Mitus on March 19,
3  2018.  In support of this agreement, Maxim states the following:
4       On December 6, 2017, Maxim served its Patent L.R. 3-1 Disclosure of Asserted Claims and
5  Infringement Contentions and its Patent L.R. 3-2 Document Production Accompanying Disclosure
6  as required by the Court's October 30, 2017, Case Management Scheduling Order. (Dkt. No. 32).
7  Silicon Mitus produced technical document and source code discovery to Maxim on January 23,
8  February 8, March 6, and March 16, 2018, and Maxim inspected source code made available by
9  Silicon Mitus on February 6 and February 21-22, 2018.  On March 19, 2018, Maxim provided
10 Silicon Mitus with redlined and clean copies of its proposed amended Patent L.R. 3-1 Disclosure of
11 Asserted Claims and Infringement Contentions, which incorporate information that had not been
12 made available to Maxim prior to the original, December 6, 2017 deadline for serving infringement
13 contentions.
14      Based on Maxim's factual summary as well as the early stage of the litigation, and in an
15 effort to avoid burdening the Court with a dispute on this issue, Silicon Mitus has agreed to allow
16 Maxim to make this amendment.  The parties therefore request that the Court provide leave for the
17 service of Maxim's amended infringement contentions, such service to be deemed effective as of
18 the date the Court enters the proposed order set forth below, without further action required from
19 Maxim.
20      Accordingly, the parties hereby stipulate that Maxim may amend its Patent L.R. 3-1
21 Disclosure of Asserted Claims and Infringement Contentions to include the redlines shown on
22 Maxim's proposed amended Patent L.R. 3-1 Disclosure of Asserted Claims and Infringement
23 Contentions that was sent to Silicon Mitus on March 19, 2018.
24
25
26
27
28

| | | |
|---|---|---|
| 1 | Dated:  April 2, 2018 | FISH & RICHARDSON P.C. |
| 2 | | By: */s/ David M. Barkan* |
| 3 | | David M. Barkan |
| 4 | | Attorneys for Plaintiffs |
| | | MAXIM INTEGRATED PRODUCTS, INC., |
| 5 | | and VOLTERRA SEMICONDUCTOR LLC. |
| 6 | Dated:  April 2, 2018 | PILLSBURY WINTHROP SHAW PITTMAN LLP |
| 7 | | By: */s/ Dianne L. Sweeney* |
| 8 | | Dianne L. Sweeney |
| 9 | | Attorneys for Defendants |
| 10 | | SILICON MITUS, INC. and SILICON MITUS TECHNOLOGY, INC. |

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated:  April 2, 2018                    FISH & RICHARDSON P.C.

By: */s/ David M. Barkan*
     David M. Barkan

Attorneys for Plaintiffs
MAXIM INTEGRATED PRODUCTS, INC.,
and VOLTERRA SEMICONDUCTOR LLC.

|1| **[PROPOSED] ORDER**
|2| PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____    _____
Nathanael M. Cousins
U.S. Magistrate Judge