David M. Barkan (SBN 160825)
barkan@fr.com
Michael Sobolev (SBN 285184)
sobolev@fr.com
FISH & RICHARDSON P.C.
500 Arguello Street, Suite 500
Redwood City, CA 94063
Tel: (650) 839-5070 ** Fax: (650) 839-5071

Christopher S. Marchese (SBN 170239)
marchese@fr.com
FISH & RICHARDSON P.C.
12390 El Camino Real
San Diego, CA 92130
Tel: (858) 678-5070 ** Fax; (858) 678-5099

James Huguenin-Love (SBN 301297)
huguenin-love@fr.com
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South 6th Street
Minneapolis, MN 55402
Tel: (612) 335-5070 ** Fax: (612) 288-9696

Attorneys for Plaintiffs MAXIM
INTEGRATED PRODUCTS, INC.
and VOLTERRA SEMICONDUCTOR LLC

David A. Jakopin (SBN 209950)
David.jakopin@pillsburylaw.com
Dianne L. Sweeney (SBN 187198)
Dianne@pillsburylaw.com
PILLSBURY WINTHROP SHAW
PITTMAN LLP
2550 Hanover Street
Palo Alto, CA 94304-1115
Telephone: (650) 233-4500
Facsimile: (650) 233-4545

Attorneys for Defendants SILICON MITUS,
INC. and SILICON MITUS
TECHNOLOGY, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

(SAN JOSE DIVISION)

| | |
|---|---|
| MAXIM INTEGRATED PRODUCTS, INC., and VOLTERRA SEMICONDUCTOR LLC, <br><br> Plaintiffs, <br><br> v. <br><br> SILICON MITUS TECHNOLOGY, INC., and SILICON MITUS, INC. <br><br> Defendants. | Case No. 5:17-cv-3507-NC <br><br> **JOINT MOTION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiffs Maxim Integrated Products, Inc. and Volterra Semiconductor, LLC (collectively "Plaintiffs") and Defendants Silicon Mitus, Inc. and Silicon Mitus Technology, Inc. (collectively "Defendants") have agreed to

compromise all claims and counterclaims against each other in the above-captioned action ("Action"). The Parties move this Court to dismiss the Action in its entirety, including any and all claims and counterclaims by all Parties in the Action, with prejudice. All costs and expenses relating to this Action (including attorney and expert fees and expenses) are to be borne solely by the Party incurring same.

Dated: August 22, 2018   FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
    David M. Barkan

Attorneys for Plaintiffs
MAXIM INTEGRATED PRODUCTS, INC.,
and VOLTERRA SEMICONDUCTOR LLC.

Dated: August 22, 2018   PILLSBURY WINTHROP SHAW PITTMAN LLP

By: /s/ David A. Jakopin
    David A. Jakopin

Attorneys for Defendants
SILICON MITUS, INC. and SILICON MITUS TECHNOLOGY, INC.

I hereby attest under penalty of perjury that concurrence in the filing of this document has been obtained from counsel for Defendants.

Dated: August 22, 2018   FISH & RICHARDSON P.C.

By: /s/ David M. Barkan
    David M. Barkan

Attorneys for Plaintiffs
MAXIM INTEGRATED PRODUCTS, INC.,
and VOLTERRA SEMICONDUCTOR LLC.

**ORDER**

The Court has before it the Joint Motion of Dismissal with Prejudice. The Court is of the opinion that the motion should be GRANTED.

IT IS THEREFORE ORDERED that in the above-captioned action, including all claims and counterclaims made by all Parties, ("Action") is hereby DISMISSED in its entirety with prejudice.

IT IS FURTHER ORDERED that all costs and expenses relating to the Action (including attorney and expert fees and expenses) shall be borne solely by the Party incurring same and there shall be no award of any kind by this Court in this Action, including an award for any cost, fees or other expenses.

This is a Final Judgment.

IT IS SO ORDERED.

Dated: August 22, 2018

